**2009–1032. Foster v. State.**
Hamilton App. No. C–080651. Discretionary appeal accepted on Proposition of Law Nos. I, II, III, IV, V, and VI; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., would also accept the appeal on Proposition of Law No. VII.

MOYER, C.J., and O'CONNOR, J., would accept the appeal on Proposition of Law Nos. I and II only.

CUPP, J., would not accept Proposition of Law No. III.

**2009–1069. Barberton v. Jenney.**
Summit App. No. 24423, 2009-Ohio-1985. Discretionary appeal accepted on Proposition of Law No. I.

PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent.

**2009–1086. Gildersleeve v. State.**
Cuyahoga App. Nos. 91515, 91516, 91517, 91518, 91519, 91521, 91522, 91523, 91524, 91525, 91526, 91527, 91528, 91529, 91530, 91531, and 91532, 2009-Ohio-2031. Discretionary appeal accepted; appeal held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed as to the appeal.

Discretionary cross-appeal accepted. Briefing on the cross-appeal shall proceed in accordance with the Rules of Practice of the Supreme Court of Ohio.

**2009–1168. Motorists Mut. Ins. Co. v. Dandy–Jim, Inc.**
Cuyahoga App. No. 92023, 2009-Ohio-2270.

O'DONNELL, J., would accept the appeal on Proposition of Law No. I only.

PFEIFER and LANZINGER, JJ., dissent.

**2009–1196. State v. Bess.**
Cuyahoga App. No. 91429, 2009-Ohio-2254.

PFEIFER, J., dissents.

# APPEALS NOT ACCEPTED FOR REVIEW

**2009–0588. State v. Smith.**
Trumbull App. No. 2008–T–0023, 2008-Ohio-6998.

**2009–0713. State v. Heyne.**
Warren App. No. CA2008–05–068.

PFEIFER, J., dissents.

**2009–0723. Lasson v. Coleman.**
Montgomery App. No. 23262. Discretionary appeal not accepted. Appellee's motion for sanctions denied. Appellant's motion for leave to file memorandum in opposition denied as moot.

LUNDBERG STRATTON, J., would grant the motion for sanctions.

**2009–0788. State v. Gilbert.**
Cuyahoga App. No. 90856, 2009-Ohio-607.

**2009–0898. Howard v. Lawton.**
Franklin App. No. 08AP–548, 2009-Ohio-639.

**2009–0927. New Concept Hous., Inc. v. United Dept. Stores Co., No. 1, Inc.**
Hamilton App. No. C–080504, 2009-Ohio-2259. Discretionary appeal not accepted.

MOYER, C.J., and PFEIFER, J., dissent.

Motion to hold case in abeyance denied as moot.

**2009–1013. State v. Bullard.**
Wayne App. No. 08CA0034, 2009-Ohio-1826.

**2009–1016. State v. Turks.**
Allen App. No. 1–08–44, 2009-Ohio-1837.